# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ROBERT CARSWELL,** | : | |
| **Petitioner** | : | |
| v. | : | 5:93-CR-25 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

# ORDER

Petitioner's latest motion to correct or vacate his sentence is DISMISSED as an improperly filed successive habeas petition.

**SO ORDERED this 1st day of December, 2005.**

    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**