# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ROBERT CARSWELL, | : |
| Petitioner, | : |
| V. | :     5:93-CR-25 (WDO) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

Under signature and date of December 21, 2005, Petitioner Robert Carswell filed in this Court a Request "for JUSTICE from your place of business," and a demand for immediate release from his criminal sentence of incarceration in this case. (R-57). On December 1, 2005, this Court Dismissed Petitioner Carswell's Motion for Justice against illegal sentence as successive, from which Order he did not appeal. (R-55, 56).

"Any motion filed in the district court that imposed the sentence, and substantively within the scope of § 2255 ¶ 1, is a motion under § 2255, no matter what title the prisoner plasters on the cover." *Melton v. United States,* 359 F.3d 855, 857 (7th Cir. 2004). Petitioner has filed two prior § 2255 Motions to Vacate, etc., and the Eleventh Circuit Court of Appeals has heretofore denied him a certificate of appealability pursuant to 28 U.S.C. § 2255/2244. "The AEDPA provides that , to file a second or successive § 2255 motion, the movant must first file an application with the appropriate Court of Appeals for an order authorizing the district court to consider it. *See* 28 U.S.C. § 2244(b)(3)(A). Without authorization, the

district court lacks jurisdiction to consider a second or successive petition. *See Hill v. Hopper,* 112 F.3d 1088, 1089 (11th 1997)."

Petitioner's present Motion for Immediate Release (R-57) is DISMISSED as an improperly filed successive Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255.

**SO ORDERED this 5th day of January 2006.**

>   **S/Wilbur D. Owens, Jr.**
>   **WILBUR D. OWENS, JR.**
>   **UNITED STATES DISTRICT JUDGE**