# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ROBERT CARSWELL,** | : | |
| **Petitioner** | : | |
| v. | : | 5:93-CR-25 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

# ORDER

Petitioner's latest motion to reconsider is denied for the reasons stated in this Court's previous orders wherein it has been explained to the Petitioner that he is not entitled to the relief or remedies he has requested from the Court.

**SO ORDERED this 18th day of January, 2006.**

      S/Wilbur D. Owens, Jr.
      **WILBUR D. OWENS, JR.**
      **UNITED STATES DISTRICT JUDGE**