# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 5:93-CR-25 (WDO) |
| : | |
| ROBERT CARSWELL, : | |
| : | |
| Defendant : | |

## ORDER

Defendant Carswell was convicted of two counts of using the mails to send threatening communications. He was sentenced to the statutory maximum of 120 months to run consecutively with a state court sentence. The matter is now before the Court on Defendant's request to be released to spend the holidays outside of prison. Because there is absolutely no authority whatsoever pursuant to which Defendant seeks a temporary release, and the Court notes there is none, Defendant's request for a temporary release is DENIED.

SO ORDERED this 12th day of December, 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE