**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**ROBERT CARSWELL,**            :
                                :
    **Petitioner**              :
                                :
        **v.**                  :        **5:93-CR-25 (WDO)**
                                :
**UNITED STATES OF AMERICA,**   :
                                :
    **Respondent**              :

**ORDER**

Petitioner Carswell filed a motion to be transferred from his current place of incarceration, the United States Penitentiary in Pollack, Louisiana, to the Bibb County Law Enforcement Center. Carswell pleads in the paragraph numbered 1 of his motion that, "his current imprisonment at Oakdale Federal Detention Center in Louisiana (Warden, J.P. Young) is illegal." Since this motion is in essence a § 2241 habeas corpus action which should be addressed to the out-of-district warden, the motion for transfer is hereby dismissed without prejudice to allow Petitioner to file it in the correct venue, the federal district court located in the district in which Petitioner is incarcerated.

**SO ORDERED this 1st day of March, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**