IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT CARSWELL, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 5:93-CR-25 (WDO) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent | : | |

**ORDER**

Petitioner Carswell is seeking to appeal several orders previously entered in this case. The matter is now before the Court on Petitioner's motion to proceed on appeal *in forma pauperis* and motion for an evidentiary hearing. Because the issues Carswell raises in his motions are without arguable merit and clearly frivolous, the appeal cannot be taken in good faith and the motion to proceed IFP on appeal and the request for a hearing are DENIED. See Sun v. Forrester, 939 F.2d 924, 925 (11th Cir. 1991); 28 U.S.C. § 1915 (a)(3) and (e)(2)(B)(i).

SO ORDERED this 15th day of March, 2007.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE