**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **ROBERT CARSWELL,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **5:93-CR-25 (WDO)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

Petitioner Carswell filed a motion to be transferred from his current place of incarceration, the United States Penitentiary in Pollack, Louisiana, to a halfway house in the Eastern District of Michigan. To the extent his motion could be construed as a § 2241 habeas corpus action which should be addressed to the out-of-district warden, the motion for transfer is hereby dismissed without prejudice to allow Petitioner to file it in the correct venue - the federal district court located in the district in which Petitioner is incarcerated. To the extent his motion could be construed as a request for this Court to order the Bureau of Prisons to place Petitioner in a particular location, that is not within this Court's jurisdiction. See Hurt v. Federal Bureau of Prisons, 323 F. Supp.2d 1358, 1368 (M. D. Ga. 2003) ("Upon review of [18 U.S.C.] § 3621 it is clear that the authority to designate a place or location of imprisonment is within the sole discretion of the BOP, the court may make a recommendation during sentencing but is without further jurisdiction."). Accordingly,

1

Petitioner's latest "Family Rights Motion to Transfer to Halfway House Rights And Supervised Release Rights to Detroit, Michigan (Due Process/Equal Protection of Family Rights, 14th Amend" motion [88] is DENIED.

**SO ORDERED this 22nd day of May, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**