# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

UNITED STATES OF AMERICA

VS.

**ROBERT LEE CARSWELL**,

Supervised Releasee

**NO. 5: 93-CR-25 (HL)**

RE: VIOLATION OF SUPERVISED RELEASE

# O R D E R

ROBERT LEE CARSWELL, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned for a Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Christina L. Hunt of the Federal Defenders Office. The government was represented by Assistant U. S. Attorney Paul C. McCommon, III.

Upon consideration of the testimony of U. S. Probation Officer Todd L. Smith, the undersigned finds PROBABLE CAUSE to believe that the allegations set forth in the PETITION FOR ACTION ON SUPERVISED RELEASE filed on April 13, 2010, have been committed as set forth in said petition. Thus, the undersigned finds that probable cause exists that ROBERT LEE CARSWELL did violate conditions of supervised release as charged in said Petition.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. SUPERVISED RELEASEE Carswell has a history of violent behavior as well as a history of mental health problems. Indeed, the allegations against him in the within Petition revolve around difficulties with mental health treatment and medication. Under these circumstances, the undersigned finds that it is necessary to detain him pending his Final Revocation Hearing. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a **FINAL REVOCATION HEARING**.

The Clerk is directed to forward this file to the Honorable Hugh Lawson, district Judge, for the scheduling of a Final Revocation Hearing herein.

SO ORDERED AND DIRECTED, this 11th day of MAY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE